IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

LEWIS CARL BARNETT,      )
                         )
     Petitioner,         )
                         )        CIVIL ACTION NO.
     v.                  )         2:10cv356-MHT
                         )             (WO)
UNITED STATES OF AMERICA, )
                         )
     Respondent.         )

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal
inmate, filed this lawsuit seeking habeas relief.  This
lawsuit is now before the court on the recommendation of
the United States Magistrate Judge that petitioner's writ
petition be denied.  There are no objections to the
recommendation.  After an independent and de novo review
of the record, the court concludes that the magistrate
judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2012.

<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE